AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

SERGIO A PERALTA,
*Plaintiff*

V.

Civil Action No. 5:17-CV-00881-XR

ERNESTO PERALTA CANOVAS, ET AL.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  CA RO Clan Investments, LLC
c/o Gustavo A. Calles Flores, Registered Agent
3605 W. State Highway 107
McAllen, TX 78504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Martin Warren Seidler
> Attorney at Law
> 11107 Wurzbach Rd., #504
> San Antonio, TX 78230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT
s/MONICA GRANADOS-RAMOS
DEPUTY CLERK



ISSUED ON 2017-09-12 10:20:11

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-881XR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CA RO Clan Investments, LLC

was received by me on *(date)*   09/12/2017

❐ I personally served the summons on the individual at *(place)*
   on *(date)*   ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*   , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*   , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   on *(date)*   ; or

❐ I returned the summons unexecuted because   ; or

☑ Other *(specify):* I served by certified mail, return receipt requested, CA RO Clan Investmens, LLC c/o Gustavo A. Calles Flores, Registered Agent, 3605 W. State Hwy 107, McAllen, Texas 78504 and received by such agent on September 14, 2017.

My fees are $   for travel and $   for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   09/25/2017

*Server's signature*

Sonya Arms, Paralegal
*Printed name and title*

Law Offices of Martin Seidler
11107 Wurzbach Road, Suite 504
San Antonio, Texas 78230
*Server's address*

Additional information regarding attempted service, etc:



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARO Clan Investm
c/o Gustavo A Calles Flo
3605 W. State Hwy #107
McAllen TX 78504

9590 9402 2984 7094 2152 16

2. Article Number (Transfer from service label)
7007 1490 0002 6928 3303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Joaquin Higuera C.
C. Date of Delivery: 9/14/17
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt